**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **RALPH E. DELLINGER** | : | Chapter 13 |
| | **CYNTHIA C. DELLINGER** | : | |
| | Debtor(s) | : | Bky. No. 09-18989 ELF |

# O R D E R

AND NOW, this case having been commenced on **November 24, 2009**,

AND, the Debtor(s) having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

AND, the Debtor(s)' initial request having been granted by the court,

AND, the Debtor(s) having failed to file the required documents within the extended period,

AND, the Debtor(s) having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

AND, the Debtor(s) having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before JANUARY 4, 2010, this case may be dismissed without further notice**.

Date:  **December 28, 2009**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE